**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| DONALD COOK,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT F. KENNEDY, JR. *in his official capacity as Secretary of U.S. Dept. of Health and Human Services*,<br><br>Defendant. | No. 26-cv-2059-LTS<br><br>**ORDER GRANTING MOTION TO EXTEND ANSWER DEADLINE** |

---

Before the Court is Defendant's Unresisted Motion to Extend Deadline for Responsive Pleadings to the Complaint, filed on October 26, 2026. (Doc. 17.) Defendant is requesting until November 23, 2026 to file an answer or responsive pleading. Plaintiff does not object to this motion.

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion is **granted.** Defendant has until November 23, 2026 to file an answer or a responsive pleading. **No more extensions of this deadline will be granted unless there is a showing of exceptional circumstances.**

**IT IS SO ORDERED** this 27th day of October, 2026.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa